IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIE BRENHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOMISLAV TRSTENJAK, and )<br>AAA FREIGHT, INC., )<br>)<br>Defendants. ) | <br><br><br><br><br><br><br><br><br>Civil Action No. 3:17-CV-3116-C |

## AGREED ORDER OF DISMISSAL

The Court, having considered the parties' Stipulation of Dismissal With Prejudice, filed January 23, 2018,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE**, with costs taxed against the party incurring same.

SO ORDERED this 26th day of January, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE